IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHONSO V. FRAZIER II, on behalf of minor son M.F.,<br><br>     Plaintiff,<br><br>  vs.<br><br>CITY OF OMAHA, JOHN HENIGE, Omaha Police Officer #1914; PAUL LAWSON, Omaha Police Officer #1536; and JERRY MARTINEZ, SGT - Omaha Police Officer #1239,<br><br>     Defendants. | **8:21CV361**<br><br>**MEMORANDUM<br>AND ORDER** |

Plaintiff has filed a Motion to Alter and Amend Styling of Case Regarding Complaint (Filing 6), which the court will construe as a Motion to File Amended Complaint.

IT IS ORDERED:

1. Plaintiff's Motion to Alter and Amend Styling of Case Regarding Complaint (Filing 6), construed as a Motion to File Amended Complaint, is granted;

2. The Clerk of Court shall copy the document found at Filing 6-1 and separately docket it as the Amended Complaint; and

3. The court will conduct an initial review of Plaintiff's Amended Complaint (Filing 6-1) in due course and shall not conduct an initial review of Plaintiff's original Complaint (Filing 1).

DATED this 5th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge