IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHONSO V. FRAZIER II, on behalf of minor son M.F., | 8:21CV361 |
| Plaintiff, | |
| vs. | JUDGMENT |
| CITY OF OMAHA, JOHN HENIGE, Omaha Police Officer# 1914; PAUL LAWSON, Omaha Police Officer #1536; and JERRY MARTINEZ, SGT - Omaha Police Officer#1239, | |
| Defendants. | |

Pursuant to the court's Memorandum and Order filed this date,

JUDGMENT IS ENTERED providing that this action is dismissed without prejudice.

Dated this 24th day of January 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge